# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kurren, Barry M. | U.S. District Court, Hawaii | 12/17/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full-Time | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☒ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States District Court
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 12/17/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Tesoro Petroleum Corporation |
| 2. | 2017 | Hawaii Dental Service |
| 3. | 2017 | First Insurance Company of Hawaii |
| 4. | 2017 | First Hawaiian Bank |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges Association | Sept. 13-15 | Washington, D.C. | Executive Board Meeting | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 12/17/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (H) | | | | | | | | | |
| 2. -Oakmark International Fund Cl 1 | C | Dividend | M | T | | | | | |
| 3. -Dodge & Cox Stock Fund | D | Dividend | M | T | | | | | |
| 4. -Oakmark Equity Income Fund | E | Dividend | M | T | | | | | |
| 5. -Jensen Portfolio Class J | D | Dividend | M | T | | | | | |
| 6. -Real Property - Honolulu, Hawaii $ 1,817,100.00 | F | Rent | P1 | S | | | | | |
| 7. -Treasury Notes | D | Interest | O | T | | | | | |
| 8. -Hawaii State Revenue Bonds | C | Interest | L | T | Buy (add'l) | 08/10/17 | J | | |
| 9. | | | | | Sold (part) | 09/19/17 | K | A | |
| 10. -Hawaii State General Obligation Bonds | D | Interest | M | T | Buy (add'l) | 02/24/17 | J | | |
| 11. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 12. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 13. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 14. -Honolulu General Obligation Bonds | D | Interest | M | T | Sold (part) | 05/15/17 | J | A | |
| 15. | | | | | Redeemed (part) | 07/03/17 | J | A | |
| 16. | | | | | Buy (add'l) | 08/17/17 | J | | |
| 17. | | | | | Buy (add'l) | 08/17/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/05/17 | J | | |
| 19. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 20. | | | | | Sold (part) | 12/20/17 | J | A | |
| 21. -Hawaii State Special Purpose Revenue Bonds | D | Interest | M | T | Redeemed (part) | 07/03/17 | J | A | |
| 22. -Honolulu Revenue Bonds | C | Interest | L | T | | | | | |
| 23. -Honolulu Water Revenue Bonds | D | Interest | L | T | Buy (add'l) | 09/26/17 | J | | |
| 24. | | | | | Sold (part) | 12/19/17 | J | A | |
| 25. -First Hawaiian Bank Cash Account | C | Interest | P1 | T | | | | | |
| 26. -Dreyfus Treasury Prime Investor Money Market Fund | A | Interest | J | T | | | | | |
| 27. -New York General Obligation Bond | A | Interest | J | T | | | | | |
| 28. -Massachusetts State General Obligation Bond | B | Interest | K | T | | | | | |
| 29. -Washington State General Obligation Bond | A | Interest | J | T | | | | | |
| 30. -Maui County General Obligation Bond | A | Interest | K | T | | | | | |
| 31. -California State General Obligation Bonds | B | Interest | K | T | Buy (add'l) | 08/30/17 | J | | |
| 32. -Memphis General Obligation Bond | A | Interest | K | T | | | | | |
| 33. -Florida State Revenue Bond | A | Interest | K | T | | | | | |
| 34. -Alaska State Revenue Bond | A | Interest | | | Redeemed | 12/01/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -University of Hawaii Revenue Bonds | B | Interest | M | T | Buy (add'l) | 12/15/17 | K | | |
| 36. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 37. -Hawaii County General Obligation Bonds | B | Interest | K | T | | | | | |
| 38. -Metropolitan Transportation Authority Revenue Bond | A | Interest | J | T | | | | | |
| 39. -Richardson Texas Independant School District Refunding Bond | B | Interest | K | T | | | | | |
| 40. IRA#1 (H) | | | | | | | | | |
| 41. -Dreyfus Treasury Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 42. -BlackRock Global Allocation Fund | A | Dividend | J | T | | | | | |
| 43. -Blackstone Alternative Multi-Strategy Fund | A | Dividend | J | T | Buy | 10/26/17 | J | | |
| 44. -Ishares S&P Index ETF | D | Dividend | N | T | Buy (add'l) | 10/26/17 | M | | |
| 45. -Ishares S&P Value Index ETF | A | Dividend | K | T | | | | | |
| 46. -Ishares MSCIEAFE ETF | C | Dividend | L | T | Sold (part) | 10/30/17 | L | D | |
| 47. -Ishares TR Core S&P Mid-Cap ETF | A | Dividend | L | T | Buy | 10/26/17 | L | | |
| 48. -Ishares Tr Core S&P Small-Cap ETF | A | Dividend | K | T | Buy | 10/26/17 | K | | |
| 49. -Ishares Tr Currency Hedged MSCI EAFE ETF | A | Dividend | L | T | Buy | 10/30/17 | L | | |
| 50. -Vanguard Short-Term Inflation Protected ETF | A | Dividend | J | T | | | | | |
| 51. -Vanguard FTSE Emerging Markets ETF | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Vanguard Extended Market ETF | B | Dividend | | | Sold | 10/26/17 | M | D | |
| 53. -Neuberger Berman Absolute Return Multi-Manager Fund | A | Dividend | | | Sold | 11/24/17 | K | A | |
| 54. -Nuveen Real Asset Income Fund | B | Dividend | K | T | | | | | |
| 55. IRA #2 (H) | | | | | | | | | |
| 56. -Ishares S&P Index ETF | D | Dividend | O | T | Buy (add'l) | 10/30/17 | K | | |
| 57. -Dreyfus Treasury Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 58. -Blackrock Global Allocation Fund | A | Dividend | K | T | | | | | |
| 59. -Blackstone Alternative Multi-Strategy Fund | A | Dividend | K | T | Buy | 10/26/17 | J | | |
| 60. -Ishares S&P Value Index ETF | B | Dividend | L | T | | | | | |
| 61. -Ishares MSCIEAFE Index ETF | D | Dividend | M | T | Sold (part) | 10/24/17 | M | D | |
| 62. -Ishares Tr Core S&P Mid-Cap ETF | A | Dividend | K | T | Buy | 10/26/17 | M | | |
| 63. -Ishares Tr Core S&P Small-Cap ETF | A | Dividend | K | T | Buy | 10/26/17 | K | | |
| 64. -Ishares Tr Currency Hedged MSCI EAFE ETF | A | Dividend | M | T | Buy | 10/30/17 | M | | |
| 65. -Vanguard Short-Term Inflation Protected ETF | A | Dividend | K | T | Buy (add'l) | 10/26/17 | J | | |
| 66. -Vanguard FTSE Emerging Markets ETF | B | Dividend | L | T | | | | | |
| 67. -Vanguard Extended Markert ETF | B | Dividend | | | Sold | 10/26/17 | M | D | |
| 68. -Neuberger Berman Absolute Return Multi-Manager Fund | A | Dividend | | | Sold | 10/24/17 | K | A | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Nuveen Real Asset Income Fund | C | Dividend | K | T | Buy (add'l) | 10/26/17 | J | | |
| 70. BHP Common Stock | A | Dividend | J | T | | | | | |
| 71. First Hawaiian Bank Cash Account | A | Interest | N | T | | | | | |
| 72. Hawaii Innovation Growth Fund | A | Dividend | J | T | | | | | |
| 73. FHB Common Stock | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kurren, Barry M. | 12/17/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barry M. Kurren**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544